## EXHIBIT A: UNCLAIMED CREDITOR DISBURSEMENTS ON CLOSED CASES
## OFFICE OF MARILYN O. MARSHALL, CHAPTER 13 TRUSTEE

| Count | Case Nº | Debtor(s) | Amount | Address | Explanation |
|-------|---------|-----------|--------|---------|-------------|
| 1) | 05 B 60758 | Miller, Ravena | 21.85 | OSI Collection Services Inc<br>P O Box 947<br>Brookfield, WI  53008-0947 | Post Office returned - Forwarding order expired - Unable to obtain any other information |
| 2) | 07 B 00744 | Byrd III, Charles Nathan | 2,906.25 | Taylor Bean And<br>Whitaker Mortgage Co<br>1417 N Magnolia Ave<br>Ocala, FL  34475-9078 | Service Released - Case subsequently dismissed before disbursement made to new servicer |
| 3) | 07 B 14428 | Nitcheu, Latoyia S | 22.74 | Central DuPage Hospital<br>2800 S River Road Suite 410<br>Des Plaines, IL  60018-6090 | Post Office returned - Return to Sender Attempted Not Known - Unable to obtain any other information |
| 4) | 08 B 04289 | Pikula, Maria J | 2,332.68 | Drexel Square Condo Assn<br>4450 S Drexel Blvd<br>Chicago, IL  60653 | Check not presented in 90 days |
| 5) | 09 B 04234 | Seymens, Kenneth L<br>Seymens, Yolanda E | 626.68 | Bank Of America<br>C/O Pierce And Associates<br>1 N Dearborn Ste 1300<br>Chicago, IL  60602 | Pierce & Associates returned check stating they do not represent Bank of America - Case subsequently converted to Chapter 7 |
| | | Total | 5,910.20 | | |